Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: rory@leisingerlaw.com
Attorneys for Plaintiff
Heather White-Frierson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER WHITE-FRIERSON,<br><br>     Plaintiff,<br><br>     vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>     Defendant. | Case No.: 2:15-cv-01960-TLN-DAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   COMES NOW Plaintiff HEATHER WHITE-FRIERSON, by and through her attorney of record, Rory Leisinger, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action with prejudice, both parties to bear own costs.

///

///

///

///

1

| | |
|---|---|
| Dated: February 15, 2016 | Respectfully Submitted,<br><br>**LEISINGER LAW, LLP**<br><br>By: */s/ Rory Leisinger*<br>Rory Leisinger, Esq. (SBN: 277476)<br>118 N. Citrus Ave, Suite B<br>Covina, CA 91723<br>Tel: 626-290-2868<br>Email: Rory@leisingerlaw.com<br>Attorney for Plaintiff<br>Heather White-Frierson |